| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Graham, James L. | 2. Court or Organization<br><br>U.S. District Court, SD/OH | 3. Date of Report<br><br>05/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>169 Joseph P. Keinnery U.S. CH<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Graham, James L.**

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farm Credit of Mid America FLCA | Mortgage on Farm land-owned by Partnership-Item 3-Part VII | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Apt Bldgs-Gahanna, OH (Franklin Co) -See Part VIII | E | Rent | O | R | | | | | |
| 2. Partnership-Farm Land-Franklin Co. Ohio | D | Rent | O | Q | | | | | |
| 3. Huntington National Bank-Checking & Savings Accounts | A | Interest | J | T | | | | | |
| 4. Gold & Silver Coins | | None | K | T | Sold (part) | 10/05/10 | J | D | |
| 5. Evergreen Muni Money Market Fund | A | Dividend | | | Merged (with line 63) | 01/13/10 | J | | |
| 6. Ohio St Bldg Auth Adult Corr - 5.25% Due 10/01/18 | A | Interest | | | Redeemed | 10/01/10 | K | | |
| 7. Ohio St Infrastructure - 5.75% Due 02/01/14 | B | Interest | | | Redeemed | 02/01/10 | K | | |
| 8. Wayne County OH -Due12/01/10-4% | C | Interest | | | Redeemed | 12/01/10 | L | | |
| 9. Ohio St Site Dev - 3.4% Due 05/01/11 | C | Interest | L | T | | | | | |
| 10. Ohio St Hwy Cap Imp-4% due 05/01/11 | A | Interest | K | T | | | | | |
| 11. Cincinnati Water SYS-5.00%-Due 12/01/20 | C | Interest | M | T | | | | | |
| 12. Ohio St WTR DEV Auth - 5.25% Due 06/01/11 | A | Interest | | | Redeemed | 06/21/10 | K | | |
| 13. Toledo OH CAP IMPR D - 4.18% Due 12/01/18 | B | Interest | L | T | | | | | |
| 14. Bank of America 6.204%-Series D PFD | C | Interest | K | T | | | | | |
| 15. Evergreen Muni Money Market Fund | A | Dividend | | | Merged (with line 63) | 01/13/10 | J | | |
| 16. Eaton Vance OH Tax Exempt Mutual Fund | A | Interest | K | T | | | | | |
| 17. Astropower, Inc. | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ballard Power Systems, Inc. | | None | J | T | | | | | |
| 19. Capstone Turbine Corp | | None | J | T | | | | | |
| 20. Electrosource, Inc. | | None | | | Sold | 10/11/10 | J | | |
| 21. Plug Power, Inc. | | None | J | T | | | | | |
| 22. Geeknet, Inc. | | None | J | T | | | J | | |
| 23. Bank of America Bd-6.204& -Due 09/15/11 | B | Interest | K | T | | | | | |
| 24. CD-Pacific Cap Bk-4.25% due 03/14/11 | B | Interest | K | T | | | | | |
| 25. CD-Wachovia Bk-4.55% due 09/12/11 | B | Interest | K | T | | | | | |
| 26. CD-Wachovia Bk-4.75% due 09/12/12 | B | Interest | K | T | | | | | |
| 27. AIM Constellation Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 28. Note Receivable-Benevolent Landlord | A | Interest | K | T | | | | | |
| 29. Apt. Bldgs-Westerville, OH (Franklin Co.)- See Part VIII | | None | O | R | | | | | |
| 30. ▇▇▇▇ Blackrock Glbl Alloc | A | Dividend | | | Sold | 02/03/10 | K | | |
| 31. ▇▇▇▇ Blackrock Glbl Alloc | | None | | | Sold | 02/03/10 | J | | |
| 32. ▇▇▇▇ IVY Asset Strategy Cl 1 | | None | | | Sold | 02/03/10 | K | | |
| 33. ▇▇▇▇ IVY Asset Strategy Cl 1 | | None | | | Sold | 02/03/10 | J | | |
| 34. ▇▇▇▇ JPMorgan Chase & Co. | | None | | | Sold | 03/18/10 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▓▓ Kinder Morgan Energy | A | Int./Div. | | | Sold | 03/18/10 | K | | |
| 36. ▓▓ Linn Energy LLC | A | Royalty | | | Sold | 01/22/10 | K | A | |
| 37. ▓▓ Loomis Sayles W/W Istl | | None | | | Sold | 02/03/10 | K | B | |
| 38. ▓▓ Loomis Sayles W/W Instl | | None | | | Sold | 02/03/10 | J | A | |
| 39. ▓▓ Pimco All Asset/Auth I | | None | | | Sold | 02/03/10 | K | | |
| 40. Wells Fargo Money Market Account | A | Interest | J | T | | | | | |
| 41. ▓▓ Altria Group | B | Dividend | K | T | Sold (part) | 05/12/10 | K | A | |
| 42. ▓▓ American Electric Power | A | Dividend | | | Sold | 05/11/10 | K | | |
| 43. ▓▓ Cenovus Energy Inc. | A | Dividend | | | Sold | 01/19/10 | J | | |
| 44. ▓▓ Chevron Corp | | None | | | Sold | 02/10/10 | K | | |
| 45. ▓▓ Coca-Cola Company | A | Dividend | | | Sold | 05/04/10 | K | | |
| 46. ▓▓ Encana Corp | A | Dividend | | | Sold | 02/01/10 | J | B | |
| 47. ▓▓ General Mills Inc | A | Dividend | | | Sold | 05/07/10 | K | B | |
| 48. ▓▓ Intel Corp | A | Dividend | | | Sold | 05/11/10 | K | | |
| 49. ▓▓ Verizon Communications | A | Dividend | | | Sold | 01/29/10 | K | | |
| 50. ▓▓ Wal-Mart Stores, Inc. | A | Dividend | | | Sold | 05/12/10 | K | | |
| 51. ▓▓ Waste Management Inc. | A | Dividend | | | Sold | 05/12/10 | K | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▓▓▓ Huntington Banchsares-8.50% Conv | B | Dividend | K | T | | | | | |
| 53. Bk of America CPN 5.15% Due 09/15/16 | C | Interest | K | T | | | | | |
| 54. DPL Inc Sr Notes 6.875% Due 09/01/11 | C | Interest | L | T | | | | | |
| 55. National City Corp CPN 4% Due 02/01/11 | B | Interest | L | T | | | | | |
| 56. Wells Fargo Money Market Fund | A | Interest | N | T | | | | | |
| 57. Charles Schwab Bank | A | Interest | J | T | Open | 02/03/10 | J | | |
| 58. Charles Schwab Money Market | A | Int./Div. | J | T | Open | 02/03/10 | J | | |
| 59. Dow Chemical 6.7% Note due 6/15/14 | B | Interest | K | T | Buy | 01/13/10 | K | | |
| 60. Middletown OH RFDG/IMPR3.75% DUE 12/01/19 | A | Interest | K | T | Buy | 01/13/10 | K | | |
| 61. Wells Fargo Bank | A | Interest | N | T | Open | 01/13/10 | N | | |
| 62. Oh ST Inft/Impr 3.25% Due 08/01/20 | B | Interest | K | T | Buy | 01/13/10 | K | | |
| 63. Wells Fargo Adv Muni Money Market Fund | A | Interest | J | T | Open | 01/13/10 | J | | |
| 64. Single Family Rental Columbus Oh-See Part VIII | D | Rent | M | R | Buy | 04/23/10 | M | | |
| 65. Bk of America CPN 5.15% Due 09/15/16 | C | Interest | K | T | Buy | 01/13/10 | K | | |
| 66. Bk of America CPN 1.30% Due 04/09/12 | A | Interest | J | T | Buy | 04/09/10 | J | | |
| 67. Wells Fargo Adv Muni Money Market Fund | A | Interest | K | T | Open | 01/13/10 | L | | |
| 68. Wells Fargo Adv Muni Money Market Fund | A | Interest | K | T | Open | 01/13/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPFR S&P 500 Fund | | None | | | Buy | 08/09/10 | K | | |
| 70. SPFR S&P 500 Fund | | None | | | Sold | 08/12/10 | K | | |
| 71. ▓-Abbott Labs | | None | | | Buy | 05/03/10 | K | | |
| 72. ▓-Abbott Labs | | None | | | Sold | 05/06/10 | K | | |
| 73. ▓Apple Inc | | None | | | Buy | 03/05/10 | J | | |
| 74. ▓-Apple Inc | | None | | | Sold | 03/18/10 | J | A | |
| 75. ▓-Apple Inc | | None | | | Buy | 03/05/10 | J | | |
| 76. ▓-Apple Inc | | None | | | Sold | 05/06/10 | J | A | |
| 77. ▓Apple Inc | | None | | | Buy | 03/23/10 | K | | |
| 78. ▓-Apple Inc | | None | | | Sold | 05/06/10 | K | A | |
| 79. ▓-Apple Inc | | None | | | Buy | 03/24/10 | J | | |
| 80. ▓-Apple Inc | | None | | | Sold | 05/06/10 | J | A | |
| 81. ▓-Bank of America | | None | | | Buy | 03/24/10 | J | | |
| 82. ▓-Bank of America | | None | | | Sold | 05/06/10 | J | | |
| 83. ▓-Boeing Co | A | Dividend | | | Buy | 04/22/10 | K | | |
| 84. ▓-Boeing Co | | None | | | Sold | 05/06/10 | K | | |
| 85. ▓-Cisco Systems | | None | | | Buy | 02/09/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ▪-Cisco Systems | | None | | | Sold | 03/18/10 | K | B | |
| 87. ▪Cisco Systems | | None | | | Buy | 02/09/10 | K | | |
| 88. ▪-Cisco Systems | | None | | | Sold | 05/06/10 | K | | |
| 89. ▪-Cisco Systems | | None | | | Buy | 03/23/10 | K | | |
| 90. ▪-Cisco Systems | | None | | | Sold | 05/06/10 | K | | |
| 91. ▪-Energy Select EFT | | None | | | Buy | 07/13/10 | K | | |
| 92. ▪-Energy Select EFT | | None | | | Sold | 07/14/10 | K | | |
| 93. ▪-Ford Motor Co | | None | | | Buy | 04/22/10 | K | | |
| 94. ▪-Ford Motor Co | | None | | | Sold | 05/05/10 | K | | |
| 95. ▪Ford Motor Co | | None | | | Buy | 05/03/10 | J | | |
| 96. ▪-Ford Motor Co | | None | | | Sold | 05/05/10 | J | | |
| 97. ▪-Intel Corp | A | Dividend | | | Buy | 01/22/10 | J | | |
| 98. ▪-Intel Corp | | None | | | Sold | 03/18/10 | J | A | |
| 99. ▪-Intel Corp | A | Dividend | | | Buy | 01/22/10 | J | | |
| 100. ▪-Intel Corp | | None | | | Sold | 05/06/10 | J | A | |
| 101. ▪-Intel Corp | A | Dividend | | | Buy | 03/23/10 | J | | |
| 102. ▪ ntel Corp | | None | | | Sold | 05/06/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting<br><br>Graham, James L. | Date of Report<br><br>05/15/2011 |
|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ▓-Intel Corp | A | Dividend | | | Buy | 04/15/10 | J | | |
| 104. ▓ ntel Corp | | None | | | Sold | 05/06/10 | J | | |
| 105. ▓ ohnson & Johnson | A | Dividend | | | Buy | 01/22/10 | J | | |
| 106. ▓-Johnson & Johnson | | None | | | Sold | 03/18/10 | J | A | |
| 107. ▓-Johnson & Johnson | A | Dividend | | | Buy | 01/22/10 | J | | |
| 108. ▓ ohnson & Johnson | | None | | | Sold | 05/07/10 | J | | |
| 109. ▓-Johnson & Johnson | A | Dividend | | | Buy | 01/22/10 | J | | |
| 110. ▓-Johnson & Johnson | | None | | | Sold | 05/07/10 | J | | |
| 111. ▓-Linn Energy LLC | | None | | | Buy | 01/22/10 | K | | |
| 112. ▓-Linn Energy LLC | | None | | | Sold | 03/18/10 | K | A | |
| 113. ▓-Linn Energy LLC | | None | | | Buy | 01/22/10 | K | | |
| 114. ▓-Linn Energy LLC | | None | | | Sold | 03/24/10 | K | | |
| 115. ▓-Microsoft Corp | A | Dividend | | | Buy | 02/09/10 | K | | |
| 116. ▓-Microsoft Corp | | None | | | Sold | 03/18/10 | K | B | |
| 117. ▓-Microsoft Corp | A | Dividend | | | Buy | 02/09/10 | J | | |
| 118. ▓-Microsoft Corp | | None | | | Sold | 05/07/10 | J | A | |
| 119.▓-Microsoft Corp | A | Dividend | | | Buy | 03/24/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                                P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal              R =Cost(Real Estate Only)      S =Assessment              T =Cash Market
   (See Column C2)             U =Book Value             V =Other                       W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ▇-Microsoft Corp | | None | | | Sold | 05/07/10 | J | | |
| 121. ▇-Oracle Corporation | A | Dividend | | | Buy | 03/24/10 | K | | |
| 122. ▇-Oracle Corporation | A | Dividend | | | Sold | 05/06/10 | K | | |
| 123. ▇-Pimco Asset All Authority | | None | | | Buy | 01/04/10 | J | | |
| 124. ▇-Pimco Asset All Authority | | None | | | Sold | 02/03/10 | J | A | |
| 125. ▇-Scotts Miracle Grow Co | | None | | | Buy | 05/03/10 | K | | |
| 126. ▇Scotts Miracle Grow Co | | None | | | Sold | 05/06/10 | K | | |
| 127. ▇-Sector SPDR TR Technology | | None | | | Buy | 07/13/10 | K | | |
| 128. ▇-Sector SPDR TR Technology | | None | | | Sold | 07/14/10 | K | A | |
| 129. ▇-Xilinx Inc  - | A | Dividend | | | Buy | 01/22/10 | J | | |
| 130. ▇-Xilinx Inc | | None | | | Sold | 03/18/10 | J | A | |
| 131. ▇-Xilinx Inc | A | Dividend | | | Buy | 01/22/10 | J | | |
| 132. ▇Xilinx Inc | | None | | | Sold | 05/06/10 | J | | |
| 133. ▇SPDR Gold Trust EFT | | None | | | Buy | 03/18/10 | L | | |
| 134. ▇-SPDR Gold Trust EFT | | None | | | Sold | 03/24/10 | L | | |
| 135. ▇-SPDR Gold Trust EFT | | None | | | Buy | 03/18/10 | L | | |
| 136. ▇-SPDR Gold Trust EFT | | None | | | Sold | 07/02/10 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ▩-SPDR Gold Trust EFT | | None | | | Buy | 05/20/10 | K | | |
| 138. ▩-SPDR Gold Trust EFT | | None | | | Sold | 07/02/10 | K | A | |
| 139. ▩-SPDR Gold Trust EFT | | None | | | Buy | 07/09/10 | L | | |
| 140. ▩SPDR Gold Trust EFT | | None | | | Sold | 07/19/10 | L | | |
| 141. ▩SPDR Gold Trust EFT | | None | | | Buy | 08/06/10 | K | | |
| 142. ▩-SPDR Gold Trust EFT | | None | | | Sold | 12/28/10 | K | D | |
| 143. ▩-SPDR Gold Trust EFT | | None | | | Buy | 08/06/10 | J | | |
| 144. ▩SPDR Gold Trust EFT | | None | | | Sold | 12/28/10 | J | B | |
| 145. ▩-Encana Corp | | None | | | Buy | 01/13/10 | K | | |
| 146. ▩-Encana Corp | | None | | | Sold | 02/01/10 | K | | |
| 147. ▩-BP | | None | | | Buy | 03/24/10 | K | | |
| 148. ▩-BP | | None | | | Sold | 05/04/10 | K | | |
| 149. ▩-Nike Inc | | None | | | Buy | 05/07/10 | K | | |
| 150. ▩-Nike Inc | | None | | | Sold | 05/11/10 | K | | |
| 151. ▩-Marathon Oil Corp | | None | | | Buy | 05/04/10 | K | | |
| 152. ▩-Marathon Oil Corp | | None | | | Sold | 05/11/10 | K | | |
| 153. ▩E.I. DuPonte | | None | | | Buy | 03/24/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ▓-E.I. DuPonte | | None | | | Sold | 05/11/10 | K | | |
| 155. ▓-Verizon Communications | | None | | | Buy | 02/12/10 | K | | |
| 156. ▓-Verizon Communications | | None | | | Sold | 05/12/10 | K | | |
| 157. ▓-Kohls Corp | | None | | | Buy | 03/24/10 | K | | |
| 158. ▓-Kohls Corp | | None | | | Sold | 05/12/10 | K | | |
| 159. ▓-Johnson Controls | | None | | | Buy | 01/13/10 | K | | |
| 160. ▓ ohnson Controls | | None | | | Sold | 05/12/10 | K | | |
| 161. ▓Cummings Inc | | None | | | Buy | 04/29/10 | K | | |
| 162. ▓-Cummings Inc | | None | | | Sold | 05/12/10 | K | | |
| 163. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 1, line 1: The date of purchase was April 2, 2002. ███████████████

Part VII, page 1, line 2: The date of the appraisal was November 30, 2007 with an valuation date of December 20, 2007. Property had an operating loss in 2010

Part VII, page 1, line 29: The date of purchase was 06/26/2009. ███████████████

Part VII, page 1, line 64: The date of purchase was 04/23/10. ███████████████

Part VII, page 1. line 20: Electrosource, Inc. changed its name to Geeknet, Inc. which is shown on line 22.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Graham**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544